# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIELLE R. COFFEE,<br><br>　　　　Defendant. | Case No. 1:16-po-00025-SAB<br><br>ORDER OF RELEASE |

Danielle R. Coffee ("Defendant") appeared in custody and with the assistance of counsel for an initial appearance on November 20, 2019. Defendant agreed to pay the bailable amount of the citation and IS HEREBY RELEASED forthwith from custody in this matter.

IT IS SO ORDERED.

Dated: __**November 20, 2019**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1